IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,  )
                              Plaintiff,  )
                                        )
    vs.  )    Case No.  10-40124-01-RDR
                                        )
JAMES ARTHUR JONES,  )
                              Defendant.  )
_____)

## O R D E R

**NOW** on this 17th day of August, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of one (1) day to file motions herein.

The Court finds that defense counsel needs one more day to complete the research and to prepare motions herein. Failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including August 17, 2011 to file motions in the above-entitled action, and the government shall have until August 24, 2011 to file responses. The motions hearing is scheduled for September 9, 2011 at 9:30 a.m. The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C. § 3161(h)(1)(7) .

                                              s/Richard D. Rogers
                                              United States District Judge